AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PROVIDENCE SACRED HEART MEDICAL CENTER,

v.

WASHINGTON STATE NURSES ASSOCIATION

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-405-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Plaintiff Providence Sacred Heart Medical Center's Petition to Vacate the Arbitration Award is DENIED.  Washington State Nurses Association's counterclaim to confirm and enforce the Arbitration Award of Arbitrator Gordon M. Byrholdt dated September 7, 2011 is GRANTED.

March 27, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer